# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/17/2015 3:40:55 PM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12 -** _____ **-** _____ **-** _____

Trial Court Style: _____

Trial Court & County: _____ Trial Court No.:_____

Date Trial Clerk's Record Originally Due: _____

Date Court Reporter's/Recorder's Record Originally Due: _____

Anticipated Number of Pages of Record: _____

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐  my duties listed below preclude working on this record:

☐  Other.  (Explain.): _____

_____

_____

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____ ,

and **I hereby request an additional** _____ **days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

_____     _____
Date                                                              Signature

(903) 237-2570
_____     _____
Office Phone Number                                   Printed Name

Tina.campbell@co.gregg.tx.us                 Official Court Reporter
E-mail Address (if available)                     Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> ***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Name: _____

Address: _____

_____

Phone no.: _____

Attorney for: _____

Lead Counsel for **APPELLEE(S)**:

Name: _____

Address: _____

_____

Phone no.: _____

Attorney for: _____

Lead Counsel for **APPELLANT(S)**:

Name: _____

Address: _____

_____

Phone no.: _____

Attorney for: _____

Lead Counsel for **APPELLEE(S)**:

Name: _____

Address: _____

_____

Phone no.: _____

Attorney for: _____

Additional information, if any: _____

_____

_____

_____